The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN DOE,

                Plaintiff,

      v.

KRISTI NOEM, *et al*.,

                Defendants.

Case No.  2:25-cv-00633-DGE

**NOTICE OF INTENT TO OPPOSE
MOTION FOR A TEMPORARY
RESTRAINING ORDER**

Pursuant to Local Civil Rule 65(b)(5), Federal Defendants, by and through their counsel, Teal Luthy Miller, Acting United States Attorney for the Western District of Washington, and Whitney Passmore, Assistant United States Attorney for said District, hereby file this notice of intent to oppose Plaintiff's Motion for Temporary Restraining Order. Dkt. No. 3.

Pursuant to Local Civil Rule 65(b)(5), Federal Defendants provide the Court with notice that they plan to oppose Plaintiff's Motion for Temporary Restraining Order.

//

//

//

NOTICE OF INTENT TO OPPOSE MOTION
FOR TEMPORARY RESTRAINING ORDER
[Case No. 2:25-cv-00633-DGE] - 1

1    DATED this 11th day of April, 2025.

2                              Respectfully submitted,

3                              TEAL LUTHY MILLER
                              Acting United States Attorney

4
                              *s/ Whitney Passmore*
5                              WHITNEY PASSMORE, FL No. 91922
                              Assistant United States Attorney
6                              United States Attorney's Office
                              Western District of Washington
7                              700 Stewart Street, Suite 5220
                              Seattle, Washington  98101-1271
8                              Phone:  206-553-7970
                              Fax:     206-553-4067
9                              Email:  whitney.passmore@usdoj.gov

10                             *Attorneys for Federal Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF INTENT TO OPPOSE MOTION
FOR TEMPORARY RESTRAINING ORDER
[Case No. 2:25-cv-00633-DGE] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970