The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, | Case No. 2:25-cv-00633-DGE |
| Plaintiff, | **STIPULATED MOTION AND [PROPOSED] TRO RESPONSE DEADLINE** |
| v. | |
| KRISTI NOEM, *et al*., | Noted for Consideration: April 11, 2025 |
| Defendants. | |

Plaintiff and Federal Defendants submit this proposed response deadline for Federal Defendants. Plaintiff filed a motion for a temporary restraining order (TRO) today. Dkt. No. 3. Plaintiff is an international student from China studying in the United States in F-1 status challenging the termination of his Student and Exchange Visitor Information System (SEVIS) record. Pursuant to Local Civil Rule 65(b), Federal Defendants must file a response within 48 hours after the motion is served. There is good cause for this Court to enter an alternative Response deadline.

The parties have conferred and have agreed to the response deadline for Federal Defendants of Tuesday, April 15, 2025, at 6:00 PM Pacific.

//

STIPULATED MOTION AND
[PROPOSED] TRO RESPONSE DEADLINE
[Case No. 2:25-cv-00633-DGE] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

This new deadline will result in the Court having a more complete record on which to decide the TRO motion. This short extension of the response deadline will allow Federal Defendants time to obtain information necessary to fully respond to the TRO motion.

Accordingly, the parties request that the Court enter the proposed response deadline.

DATED this 11th day of April, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GAIRSON LAW, LLC |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-7970<br>Fax:      206-553-4067<br>Email:  whitney.passmore@usdoj.gov | *s/ Jay Gairson*<br>JAY GAIRSON, WSBA No. 43365<br>4606 Martin Luther King Jr Way S<br>Seattle, WA 98108<br>Phone: (206) 357-4218<br>Email: jay@gairson.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Federal Defendants*

I certify that this memorandum contains 166 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND
[PROPOSED] TRO RESPONSE DEADLINE
[Case No. 2:25-cv-00633-DGE] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**[PROPOSED] ORDER**

The Motion is hereby GRANTED. It is so ordered.

DATED this _____ day of _____, 2025.

                                                    _____
                                                    DAVID G. ESTUDILLO
                                                    United States District Judge

STIPULATED MOTION AND
[PROPOSED] TRO RESPONSE DEADLINE
[Case No. 2:25-cv-00633-DGE] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970