UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE, | CASE NO. 2:25-cv-00633-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KRISTI NOEM et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court is in receipt of Plaintiff's Motion for a Temporary Restraining Order (Dkt. No. 3) and the Stipulated Motion and Proposed TRO Response Deadline (Dkt. No. 10).  The Stipulated Motion is GRANTED.  Defendants shall file a responsive brief no later than Tuesday, April 15 at 6:00 p.m. PT.  Plaintiff shall file a reply brief not to exceed 4,200 words by Wednesday, April 16 at 3:00 p.m. PT.  The Parties shall appear for a TRO hearing on Thursday, April 17 at 1:30 p.m. PT in the Tacoma Courthouse, Courtroom B.  SO ORDERED.

MINUTE ORDER - 1

Dated this 12th day of April, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2