The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00633-DGE <br><br> STIPULATED MOTION AND [PROPOSED] BRIEFING SCHEDULE <br><br> Noted for Consideration: April 18, 2025 |

Pursuant to the Court's April 17, 2025 Minute Entry for proceedings held before U.S. District Judge David G. Estudillo (Dkt. 15), the parties present the Court with the following proposed briefing schedule for Plaintiff's Motion for Preliminary Injunction:

| **Filing** | **Deadline** |
|---|---|
| Plaintiff's Motion for Preliminary Injunction | April 24, 2025 at 12:01am PT |
| Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction | April 28, 2025 at 12:00pm PT |
| Plaintiff's Reply in Support of the Motion for Preliminary Injunction | April 29, 2025 at 12:00pm PT |

STIPULATED MOTION AND [PROPOSED] BRIEFING SCHEDULE
[Case No. 2:25-cv-00633-DGE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 18th day of April, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GAIRSON LAW, LLC |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: whitney.passmore@usdoj.gov | *s/ Jay Gairson*<br>JAY GAIRSON, WSBA No. 43365<br>4606 Martin Luther King Jr. Way S.<br>Seattle, Washington 98108<br>Phone: (206) 357-4218<br>Email: jay@gairson.com<br><br>OPEN SKY LAW, PLLC |
| *Attorneys for Defendants* | *s/ Devin T. Theriot-Orr*<br>DEVIN T. THERIOT-ORR, WSBA No. 33995<br>20415 72nd Ave S, Suite 110.<br>Kent, Washington 98032<br>Phone: (206) 962-5052<br>Email: devin@opensky.law |
| I certify that this memorandum contains 82 words, in compliance with the Local Civil Rules. | *Attorneys for Plaintiff* |

STIPULATED MOTION AND [PROPOSED] BRIEFING SCHEDULE
[Case No. 2:25-cv-00633-DGE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

## [PROPOSED] ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit their cross-motions for summary judgment pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Plaintiff's Motion for Preliminary Injunction | April 24, 2025 at 12:01am PT |
| Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction | April 28, 2025 at 12:00pm PT |
| Plaintiff's Reply in Support of the Motion for Preliminary Injunction | April 29, 2025 at 12:00pm PT |

DATED this _____ day of _____, 2025.

_____
DAVID G. ESTUDILLO
United States Chief District Judge

STIPULATED MOTION AND [PROPOSED] BRIEFING SCHEDULE
[Case No. 2:25-cv-00633-DGE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800