The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, | Case No. 2:25-cv-00633-DGE |
| Plaintiff, | STIPULATED MOTION AND BRIEFING SCHEDULE |
| v. | |
| KRISTI NOEM, *et al.*, | Noted for Consideration: April 18, 2025 |
| Defendants. | |

Pursuant to the Court's April 17, 2025 Minute Entry for proceedings held before U.S. District Judge David G. Estudillo (Dkt. 15), the parties present the Court with the following proposed briefing schedule for Plaintiff's Motion for Preliminary Injunction:

| **Filing** | **Deadline** |
|---|---|
| Plaintiff's Motion for Preliminary Injunction | April 24, 2025 at 12:01am PT |
| Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction | April 28, 2025 at 12:00pm PT |
| Plaintiff's Reply in Support of the Motion for Preliminary Injunction | April 29, 2025 at 12:00pm PT |

//

STIPULATED MOTION AND BRIEFING SCHEDULE
[Case No. 2:25-cv-00633-DGE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  DATED this 18th day of April, 2025.

2  Respectfully submitted,

3  TEAL LUTHY MILLER                                GAIRSON LAW, LLC
   Acting United States Attorney

4
   *s/ Whitney Passmore*                             *s/ Jay Gairson*
5  WHITNEY PASSMORE, FL No. 91922                   JAY GAIRSON, WSBA No. 43365
   Assistant United States Attorney                  4606 Martin Luther King Jr. Way S.
6  United States Attorney's Office                   Seattle, Washington 98108
   Western District of Washington                    Phone: (206) 357-4218
7  1201 Pacific Avenue, Suite 700                    Email:  jay@gairson.com
   Tacoma, Washington 98402
8  Phone: (253) 428-3824
   Fax:    (253) 428-3826                            OPEN SKY LAW, PLLC
9  Email:  whitney.passmore@usdoj.gov

10 *Attorneys for Defendants*                        *s/ Devin T. Theriot-Orr*
                                                     DEVIN T. THERIOT-ORR, WSBA No. 33995
11 I certify that this memorandum contains 82        20415 72nd Ave S, Suite 110.
   words, in compliance with the Local Civil         Kent, Washington 98032
12 Rules.                                            Phone: (206) 962-5052
                                                     Email: devin@opensky.law
13
                                                     *Attorneys for Plaintiff*
14

15

16

17

18

19

20

21

22

23

24

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit their cross-motions for summary judgment pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Plaintiff's Motion for Preliminary Injunction | April 24, 2025 at 12:01am PT |
| Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction | April 28, 2025 at 12:00pm PT |
| Plaintiff's Reply in Support of the Motion for Preliminary Injunction | April 29, 2025 at 12:00pm PT |

DATED this 21st day of April, 2025.

DAVID G. ESTUDILLO
United States District Chief Judge

STIPULATED MOTION AND BRIEFING SCHEDULE
[Case No. 2:25-cv-00633-DGE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800