JAY GAIRSON
Gairson Law, LLC
4606 Martin Luther King Jr Way S
Seattle, Washington 98108

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE<br><br>      Plaintiff,<br><br>           v.<br><br>KRISTI NOEM, *et al.*<br><br>      Defendants. | No. 2:25-cv-00633<br><br>Notice of Motion Re-Noted<br><br>**Note on calendar:** May 2, 2025 |

        Plaintiff Doe wishes to re-note his April 11, 2025, Motion for Leave to Proceed Under Pseudonym, Doc. 4, for <u>May 2, 2025</u>.

        Respectfully submitted this 21st Day of April 2025,

        GAIRSON LAW, LLC

        <u>/s/ Jay Gairson          </u>
        Jay Gairson, WSBA # 43365

        Gairson Law, LLC
        4606 Martin Luther King Jr Way S
        Seattle, Washington 98108
        Ph. (206) 357-4218
        Fx. (206) 357-4211

        Counsel for Plaintiff Doe

**Certificate of Service**

I certify that on April 21, 2025, I electronically filed the foregoing document, together with all attachments, with the Clerk of the Court for the Western District of Washington using the CM/ECF system.

/s/ Jay Gairson
_____
Jay Gairson, WSBA # 43365