The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, | Case No. 2:25-cv-00633-DGE |
| Plaintiff, | **DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBIT** |
| v. | |
| KRISTI NOEM, *et al.,* | Noted for Consideration: May 1, 2025 |
| Defendants. | |

Attached as Exhibit A to this Notice is a copy of an SEVP Broadcast Message issued April 26, 2025.

//

//

//

//

DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBIT
[Case No. 2:25-cv-00633-DGE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 30th day of April, 2025.

2                                                      Respectfully submitted,

3                                                      TEAL LUTHY MILLER
                                                       Acting United States Attorney

4
                                                       *s/ Whitney Passmore*
5                                                      WHITNEY PASSMORE, FL No. 91922
                                                       Assistant United States Attorney
6                                                      United States Attorney's Office
                                                       Western District of Washington
7                                                      700 Stewart Street, Suite 5220
                                                       Seattle, Washington 98101-1271
8                                                      Phone: 206-553-7970
                                                       Fax:   206-553-4073
9                                                      Email: whitney.passmore@usdoj.gov

10                                                     *Attorneys for Defendants*

11                                                     I certify that this memorandum contains 19
                                                       words, in compliance with the Local Civil Rules.
12

13

14

15

16

17

18

19

20

21

22

23

24