UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br> v. <br><br> KRISTI NOEM et al., <br><br> Defendant. | CASE NO. 2:25-cv-00633-DGE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

For the reasons discussed at the May 1, 2025 preliminary injunction hearing, the existing temporary restraining order in this case (Dkt. No. 16) is extended by fourteen (14) days and shall expire on Thursday, May 15, 2025. *See* Fed. R. Civ. Proc. 65(b)(2). The Court finds that good cause has been shown for the extension.

Plaintiff SHALL file supplemental briefing that explains the current irreparable harm Plaintiff faces and articulates the need for immediate equitable relief by 12:00 pm on Friday,

MINUTE ORDER - 1

May 2, 2025.  Defendant SHALL respond by Monday, May 5, at 12:00 pm.  Defendant is further advised that the Court expects agency counsel to be present at future hearings (in this case and in the other cases before this Court involving the termination of F-1 student SEVIS records) should counsel continue to prove unable to answer the Court's legal questions.

Dated this 1st day of May, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2