*Honorable David G. Estudillo*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>        v.<br><br>Kristi Noem, *et al.*<br><br>    Defendants. | No. 2:25-cv-00633-DGE<br><br>Plaintiff's Supplemental Brief<br>on Irreparable Harm<br>in Support of Preliminary Injunction |

On May 1, 2025, the Court directed Plaintiff Doe to submit a fact-focused supplement on the irreparable harms he faces. Doc. 31. Plaintiff Doe's supplement is supported by his May 2, 2025 supplemental declaration (Doc. 33 with Exs. D–E) (hereinafter "Doe-2 Decl.") and the supplemental declaration of Vice-Dean Sakiyama-Elbert (Doc. 34) (hereinafter "Sakiyama-2 Decl.").

Mr. Doe firmly believes that without a preliminary injunction, the Defendants will re-terminate his status and place him in removal proceedings which would immediately cause irreparable harms. The following is a summary of the irreparable harms that Mr. Doe will suffer if the requested Motion for Preliminary Injunction is not granted.

Mr. Doe notes also that another court issued a Preliminary Injunction in another SEVIS case.[1]

**Irreparable Harms:**

1. Academic & Research – Loss of lab access, datasets, and equipment would freeze Doe's dissertation, three near-publication manuscripts, critical lab-system upgrades designed and to be implemented by Doe in June, and a May 14 science conference presentation. Doe-2 Decl. ¶¶ 4, 11-14; Sakiyama-2 Decl. ¶¶ 3-6.

2. Career & Immigration Trajectory – Re-termination will nullify Doe's accepted job offer as a Research Scientist for Meta, will cancel his one-time post-completion OPT, and will require him to repeat 3-4 years of research if transfer became his only option. Doe-2 Decl. ¶¶ 15-16; Sakiyama-2 Decl. ¶¶ 4-5; Vice-Dean Sakiyama Apr. 23 Decl., Doc. 22 ¶ 5 (hereinafter "Sakiyama-1 Decl.").

3. Financial & Institutional Impact – Immediate loss of Doe's tuition and living expenses stipend, and immediate delays to critical UW research grants reliant on Doe's expertise. Doe-2 Decl. ¶ 17; Sakiyama-2 Decl. ¶ 6; Sakiyama-1 Decl. ¶ 6.

4. Health & Family – Stress-induced abdominal pathology, loss of insurance, indefinite postponement of wedding and fertility treatments that have already started. Doe-2 Decl. ¶¶ 7, 18-20.

5. Regulatory Limbo & Detention Risk – An "OTHER" termination has no statutory cure; ICE may compel immediate departure without a grace period, chilling all travel and collaboration. Doe-2 Decl. ¶ 5; Decl. of Alisa Sweet, Doc. 21 ¶¶ 12-13, 30-33.

---

[1] *See Rodriguez v. Noem*, No. 3:25-cv-616-SRU, Preliminary Injunction Order (May 1, 2025), *available at* https://ecf.ctd.uscourts.gov/cgi-bin/show_public_doc?2025cv0616-30 (accessed May 2, 2025).

Plaintiff's Supplemental Brief – 2
No. 2:25-cv-00633-DGE

GAIRSON LAW LLC
4606 Martin Luther King Jr Way S
Seattle, Washington 98108

1  These harms are present, concrete, and irreparable. Loss of research progress, publications, OPT eligibility, professional opportunities, health insurance, and family-planning windows cannot be compensated by monetary damages after the fact. Injunctive relief preserving Plaintiff's active SEVIS status is necessary to prevent cascading academic, professional, medical, and personal injuries and to maintain the status quo pending final adjudication. Plaintiff's family-planning, personal health, and educational plan have already been harmed by Defendants' first termination of his SEVIS status. A second termination of his status would multiply those injuries both to himself and those dependent on his research, as well as his fiancée, causing severe and long-lasting harms that cannot be simply remedied. Therefore, it is paramount that this Court issue a preliminary injunction preserving the status quo of Plaintiff's active SEVIS status while this case is ongoing.

Respectfully submitted this 2nd Day of May, 2025.

| GAIRSON LAW, LLC | OPEN SKY LAW, PLLC |
|---|---|
| */s/ Jay Gairson* | */s/ Devin T. Theriot-Orr* |
| Jay Gairson, WSBA 43365 | Devin T. Theriot-Orr, WSBA 33995 |
| 4606 Martin Luther King Jr. Way S. | 20415 72nd Ave S., Ste 110 |
| Seattle, WA 98108 | Kent, WA 98032 |
| Tel.   (206) 357-4218 | Tel.   (206) 962-5052 |
| Em.   jay@gairson.com | Fax   (206) 681-9663 |
|  | Em.   devin@opensky.law |

Counsel for Plaintiff John Doe

**Certificate of Service**

I certify that on May 2, 2025, I electronically filed the foregoing document, together with all attachments, with the Clerk of the Court for the Western District of Washington using the CM/ECF system. I further certify that this memorandum contains 476 words, in compliance with the local rules.

*/s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA 33995