UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al*.<br><br>    Defendants. | DECLARATION<br><br>Case No: 2:25-cv-00633<br><br>**DECLARATION OF JOHN DOE DESCRIBING IRREPARABLE HARMS** |

**DECLARATION OF JOHN DOE**

I, John Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My pseudonym is John Doe. I am over 18 years of age, have personal knowledge of the facts stated herein, and am competent to testify to these facts. I am a citizen of China and currently reside in King County, Washington.

2. I am a Ph.D. candidate at the University of Washington ("UW"). I was notified by the UW DSO that my SEVIS status was terminated on April 7, 2025. After the temporary restraining order was issued, my SEVIS status was changed to active on April 21, 2025.

3. The reason stated in SEVIS for my termination was in part "failing to maintain status" due to being an "individual identified in a criminal records check and/or has had their VISA revoked." In the notice I received about my SEVIS termination, it was explained that "all employment authorization, on- or off- campus must end immediately since your SEVIS record is no longer in an active status."

4. I have been working in a research lab on-campus at the UW. As a result of the SEVIS termination, my employment was immediately terminated and I was no longer able to access any of the research, equipment or other materials needed for my projects. As a result, I was immediately unable to continue work on my dissertation and thesis.

5. When I asked for advice on what "failing to maintain status" meant, I was told that I was out of status and not allowed to stay in the United States.

6. I was immediately consumed by fear about what would happen next. I have seen many news articles about foreign students in the United States having their status terminated this year and then being picked up off the streets by ICE and detained without bail. All of my plans and hard-work were immediately put into jeopardy. My plans to graduate in December and earn my Ph.D. were jeopardized, I worried that I would lose all of my research, hard work, and publishing opportunities. My plans with my fiancee to marry this summer and our fertility plans were immediately jeopardized.

7. Due to the overwhelming stress of having my SEVIS status terminated, I started to suffer from acute abdominal pain. I was afraid of seeking medical care to treat this pain because my insurance is dependent on my on-campus employment and I feared that I may be picked up and detained by ICE if I went outside. I only sought treatment for my pain after my temporary restraining order was granted. When I went to urgent care for the pain the hepatic results showed an abnormality. I have been referred to a specialist and am waiting for my appointment to be scheduled. If my SEVIS status is terminated again, I would unable to do that appointment.

8. I have also experienced many other harms due to my SEVIS status being terminated and can explain them on request.

9. I have read DHS's new notice on SEVIS termination. I fear that under the new notice that I could be terminated again at any time for the reasons written in my April 7, 2025 SEVIS termination record. The notice says I can be put into removal proceedings for having my visa revoked and the termination record says my visa may have been revoked despite it having already expired. The notice says that I can have my SEVIS status terminated again for any

reason. I am left with great uncertainty about my rights and status in the United States and fear that my status will be terminated again without a legitimate reason or notice. Without adequate assurances that the government will not terminate my SEVIS status again or place me in removal while my lawsuit is ongoing, I will continue to suffer high levels of fear and anxiety that will interfere with my research, my family, and my career.

10. After my TRO was issued, I worked with my advisors to figure out how I could complete my research and studies as soon as possible in order to minimize additional risks. We agreed that it is possible to fast track my program, with some additional work to be done after I graduate, to allow me to receive my degree on June 13, 2025. However, if my status is terminated again, I will not even be able to do that as another termination will immediately jeopardize my ability to complete my research in this shortened period of time.

**Impacts on Critical Research and Related Systems**

11. I have three research manuscripts that are in late-stage revision and under review at journals. If DHS terminates my SEVIS record again, it will immediately make it very difficult, if not impossible, for me to complete experiments necessary to finish my manuscripts and to conduct experimental work to respond to reviewer comments required for revisions. Without status, I am not able to access the UW's secure ▓▓▓▓▓▓▓ database that forms the foundation of my dissertation research and pending publications. As a result, it would be unlikely for me to be able to finish and publish my manuscripts, which would have a major negative impact on my career. Even a short-term interruption would have an immense impact on my ability to complete my work, it cannot simply wait for another restraining order to be issued if my SEVIS record is terminated again.

12. I was accepted to present in person an abstract at the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ meeting in ▓▓▓▓▓▓▓▓▓▓▓▓ States on May 14 this year. Due to the temporary nature of my temporary restraining order, I have had to forfeit in-person attendance, which would have allowed me to directly talk and collaborate with other researchers in my field. It is important for my career to be able to work and talk in

person with other researchers. If I was had a guarantee that DHS would not terminate my student status while I traveled within the United States, pick me up at an airport, detain me, and put me in removal proceedings, I could notify the conference that I am available to present in person. I was hoping for a preliminary injunction so I could make that request today, but the more time that passes the less likely I will be able to change from sending a video to presenting in person.

13. I am directly responsible for managing and implementing software upgrades for my lab's multi-million dollar ███████. I am currently planned to implement system upgrades in June that I coded. The upgrades cannot simply be rescheduled. If my SEVIS status is terminated again, I will not be able to do the upgrades and they will be delayed while someone else is trained to do them. As a result, my uncertainty around student status and potential of having my SEVIS terminated again would immediately halt the planned system upgrades and prevent ██████ from being scanned with advanced technology. That would further delay collection of ██████ data necessary to meet current research timelines.

14. I am also provide essential technical support to ██████ using specialized software that was developed in our lab. Without my continued involvement, ██████ will lose access to technical troubleshooting and custom modifications that enable them to analyze ██████ data for both research and ██████ decision-making.

**Career Harm**

15. On April 16, 2025, I accepted an offer as a Research Scientist at Meta Platforms, Inc. conditioned on my receiving post-completion OPT. I have been warned that any additional SEVIS termination will cause the company to withdraw its offer, because it cannot employ someone lacking work authorization or who is unable to guarantee their daily availability. If the offer is rescinded, I will lose the beginning of my post-graduate research path and will have no obvious path to comparable U.S. or foreign employment.

16. OPT is a one-time benefit tied to my current degree program. If my OPT is cancelled, refused, or delayed past graduation due to SEVIS termination, I will permanently lose the

chance to translate my doctoral research into industry applications in the United States. Any further SEVIS termination will immediately result in my being unable to continue on this career course.

**Financial Harm**

17. My research stipend is the only source of income and it covers 100% of my graduate tuition, health insurance, and person costs. When my SEVIS status was terminated, it was immediately placed on hold. Should my SEVIS status be terminated again, I will immediately lose the stipend and be unable to pay my monthly rent and medical expenses, and would no longer be able to afford food, utilities, and other basic necessities. As a result, I would be forced to return to China and abandon my degree.

**Family Planning and Fertility Harm**

18. My fiancee is a lawful permanent resident and software engineer. We have been planning to marry in Hawaii this summer. Because we cannot predict when DHS might terminate my status and detain me, we fear we will have to postpone our wedding indefinitely.

19. My fiancee and I have concerns about our fertility. We want to have children together. In anticipation of our wedding, we had started fertility treatments. This process requires us to not undergo excessive stress, which interferes with fertility treatments. Due to the risk of another SEVIS termination, we are having to change our fertility plans and are discussing long-term options that include reproductive storage so that we may try to have a child later. We do not want my fiancee to have to undergo the same stress and ordeal of being pregnant and becoming a single mother while I am detained. We have read the recent story of Mahmoud Khalil a graduate from Columbia University whose wife, Dr. Noor Abdalla, has had to endure the last month of her pregnancy and birth of their child without him. At the same time, we know that if we delay our fertility plans too much it will be highly unlikely for us to be able to ever have children. Furthermore, if I am placed in removal proceedings and detained then we will definitely be unable to pursue our fertility plans.

20. Finally, my fiancee and I have both experienced significant stress since my April 7, 2025 SEVIS termination. My fiancee has been seeing a counselor to work through it and I am now scheduled to see one as well. Termination of my SEVIS status would end my health insurance coverage and make me unable to continue treatment to deal with the extreme stress caused by these events.

21. Attached to this declaration are true copies of the following exhibits:

   Exhibit D:  Notice of Accepted Abstract for Conference.
   Exhibit E:  Pacific Northwest Fertility Patient Information Form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2nd, 2025, in Seattle, Washington.

███████████████████████████████

John Doe  (signature on file with counsel)