

**Correction:** ▇▇▇ **Accepted Abstract Confirm Attendance**

1 message

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                                                                                                              Wed, Apr 23, 2025 at 9:11 AM
Reply-To: ▇▇▇▇▇▇▇▇▇▇▇
To: ▇▇▇▇@uw.edu

Hello,

You received an email previously requesting confirmation of your intentions to present at the ▇▇▇▇▇▇ Meeting.  This email stated that you were not registered. This statement was an error, however, we would like you to complete the form below.  The first option is to state that you are already registered. If you have filled out the form previously, please accept our thanks and you are not required to fill out the form again. Please see below for the correct email:

We would like to confirm your plans to attend and present in person, which includes those who have already registered. Please fill out this form to let us know your plans. We ask that you submit by **30 April** so we have your submission on record.

Respond here

**Important: DO NOT RESPOND TO THIS EMAIL. Only submissions completed through the form will be officially recorded.**

Th ank you for your attention to this matter. We look forward to your participation at the meeting!

Our apologies for any confusion.

Best regards,

Melissa

Melissa ▇▇▇ Associate Executive Director

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

T: +1 ▇▇▇▇▇▇▇▇ • F: +1 ▇▇▇▇▇▇▇▇