## **DECLARATION OF SHELLY SAKIYAMA-ELBERT**

I, Shelly Sakiyama-Elbert, declare as follows:

1. I am a resident of Washington State. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the University of Washington as Vice Dean for Research and Graduate Education for the School of Medicine. As Vice Dean, I oversee all Research with the School of Medicine and all Ph.D. Programs within the School of Medicine. I am aware of a recent change in federal policy with regards to international students and termination of SEVIS records and revocation of student visas.

3. John Doe is currently a Ph.D. student within a program in the School of Medicine. Admission into the Ph.D. programs in School of Medicine. He currently has 3 research manuscripts in preparation or under review at journals. Termination of his visa will make it very difficult for him to complete experiments to finish the manuscripts in preparation. It will also make it impossible for him to do any experimental work to respond to reviewer comments required for revision of the manuscripts currently under review. This will impact his ability to publish the research from his PhD which is critical to his future career success. Journal publications are key criteria for future employment in research jobs.

4. John Doe submitted an abstract for presentation at a key scientific conference in his field, ███████████████████████████████████████ from May ████. Because of uncertainty about his visa, he has had to cancel his presentation at the meeting. Conference presentations are critical for dissemination of research finding to the field and for professional development for students. This has harmed his future career opportunities because he has lost the opportunity to present his research at this conference.

5.   If John Doe's visa is revoked, he will lose access to the secure ▓▓▓ database containing ▓▓▓ scans that form the foundation of his dissertation research and several pending publications. He will be unable to complete his thesis and the publications from his research, cause great damage to his potential future career and earnings, which are greater as a PhD.

6.   John Doe is directly responsible for managing and implementing software upgrades for a multi-million dollar ▓▓▓. His termination will immediately halt planned system upgrades scheduled for June, preventing ▓▓▓ from being scanned with advanced technology and delay ▓▓▓ grant's ▓▓▓ data collection timeline.

7.   John Doe provides essential technical support to ▓▓▓ using specialized software developed in his lab, including ▓▓▓. Without his continued involvement, ▓▓▓ will lose access to technical troubleshooting and custom modifications that enable them to analyze patient data for both research and clinical decision-making.

I declare under penalty of perjury under the law of Washington that the foregoing is true and correct.

Signed on this ____ day of May, 2025 at Seattle,
County of King, Washington.

_____
Shelly Sakiyama-Ebert