The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, *et al.*<br><br>    Defendants. | No. 2:25-cv-00633-DGE<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY AND INFORMATION** |

**Supplemental Information:** On May 3, 2025, Mr. Doe was diagnosed with appendicitis and had emergency surgery.

**Supplemental Authority:** Plaintiff has been made aware of the following similar cases in which preliminary injunctions have been granted despite the Defendants' mass reactivation of SEVIS records: (A) Order [Granting Preliminary Injunction], *Liu v. Noem*, No. 1:25-cv-00133-SE-TSM, 2025 DNH 057 (D.N.H. Apr. 29, 2025), ECF No. 24; (B) Preliminary Injunction Order and Opinion, *Doe 1 v. Bondi*, No. 1:25-cv-01998-VMC (N.D. Ga. May 2, 2025), ECF No. 43; (C) Preliminary Injunction Order, *Parra Rodriguez v. Noem*, No. 3:25-cv-00616-SRU (D. Conn. May 1, 2025), ECF No. 30.

　　　These orders have been combined and are attached as an Appendix to this Notice.

Plaintiff's Notice of Supplemental Authority – 1
No. 2:25-cv-00633-DGE

GAIRSON LAW, LLC
4606 Martin Luther King Jr Way S
Seattle, Washington  98108

Respectfully submitted this 5th Day of May 2025,

| | |
|---|---|
| GAIRSON LAW, LLC | OPEN SKY LAW, PLLC |
| /s/ Jay Gairson | /s/ Devin T. Theriot-Orr |
| Jay Gairson, WSBA 43365 | Devin T. Theriot-Orr, WSBA 33995 |
| 4606 Martin Luther King Jr. Way S. | 20415 72nd Ave S., Ste 110 |
| Seattle, WA 98108 | Kent, WA 98032 |
| Tel. (206) 357-4218 | Tel. (206) 962-5052 |
| Em. jay@gairson.com | Fax (206) 681-9663 |
| | Em. devin@opensky.law |
| | whitney@opensky.law |

*Attorneys for Plaintiff Doe*

I certify that this memorandum contains 123 words, in compliance with Local Civil Rules.

Plaintiff's Notice of Supplemental Authority – 2
No. 2:25-cv-00633-DGE