UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE, | CASE NO. 2:25-cv-00633-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KRISTI NOEM et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Earlier today Defendants in related case *Doe 1 v. Noem*, 2:25-cv-0663-DGE, filed a declaration regarding the Government's intentions with respect to the plaintiffs' SEVIS records, and a stipulation agreeing that the Government will not apprehend plaintiffs or attempt to remove plaintiffs for the conduct at issue during that litigation, mooting the preliminary injunction request in that case. (Case No. 25-0663, Dkt. Nos. 32-1, 35.) Defendants should file the

MINUTE ORDER - 1

declaration in this case if they intend it to apply to this case.  Likewise, if the Parties intend to enter into a similar stipulation in this matter they should do so promptly.

The Parties shall file a joint status report as to whether there remains a need for a preliminary injunction in this matter no later than 12:00 p.m., May 9, 2025.

Dated this 7th day of May 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2