UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>KRISTI NOEM et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:25-cv-00633-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Parties' Stipulated Motion for Extension of Time to Respond to Complaint (Dkt. No. 49) is GRANTED.  Defendants shall file their answer by July 10, 2025.  The Clerk shall calendar this event.

Dated this 9th day of June 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1