The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff,<br><br>   v.<br><br>KRISTI NOEM, *et al.*,<br><br>              Defendants. | Case No. 2:25-cv-00633-DGE<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>July 3, 2025 |

### JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiff's Complaint until July 28, 2025.

Plaintiff filed the Complaint on April 11, 2025. Pursuant to LCR 12(a)(1), the Defendants' response to the complaint is due on July 10, 2025. The parties have discussed the potential of resolving this matter short of further litigation and have agreed to extend the deadline to July 28, 2025. If their efforts are successful, it will save the parties and the Court time and resources. Therefore, the parties submit there is good cause for a brief extension of

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00633-DGE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Defendants' time to respond to the complaint and have stipulated to extend that deadline until July 28, 2025.

**SO STIPULATED.**

DATED this 3rd day of July, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GAIRSON LAW, LLC |
| *s/ Lyndsie R. Schmalz*<br>LYNDSIE R. SCHMALZ, CA No. 285004<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:    206-553-4067<br>Email:  lyndsie.r.schmalz@usdoj.gov | *s/ Jay Gairson*<br>JAY GAIRSON, WSBA No. 43365<br>4606 Martin Luther King Jr. Way S.<br>Seattle, Washington 98108<br>Phone: 206-357-4218<br>Email: jay@gairson.com<br><br>OPEN SKY LAW, PLLC |
| *Attorney for Defendants* | *s/ Devin T. Theriot-Orr*<br>DEVIN T. THERIOT-ORR, WSBA No. 33995<br>20415 72nd Ave S, Suite 110.<br>Kent, Washington 98032<br>Phone: 206-962-5052<br>Email: devin@opensky.law |
| I certify that this memorandum contains 129 words, in compliance with the Local Civil Rules. | *Attorneys for Plaintiff* |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00633-DGE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by July 28, 2025. The Clerk shall calendar this event.

DATED this 7th day of July 2025.

                                        DAVID G. ESTUDILLO
                                      United States Chief District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00633-DGE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800